DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MILEDY RIVAS,**
Appellant,

v.

**DOVENMUEHLE MORTGAGE, INC.** and **NEXBANK CAPITAL, INC.,**
Appellees.

No. 4D2024-2854

[October 1, 2025]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Gregory M. Keyser, Judge; L.T. Case No. 502023CA002380.

Miledy A. Rivas, Lake Worth, pro se.

Adam A. Diaz of Diaz Anselmo & Associates, P.A., Plantation, for appellees.

PER CURIAM.

*Affirmed.*

GROSS, GERBER and FORST, JJ., concur.

\*            \*            \*

***Not final until disposition of timely filed motion for rehearing.***